■ KRISTY V. RYCKMAN, an Infant, by Her Mother and Natural Guardian, VICTORIA RYCKMAN, Respondent, v SCHLESSINGER-LEVI-POLATSCH-TYDINGS, P. C., et al., Appellants. [618 NYS2d 560] —Appeal by the defendants from an order of the Supreme Court, Suffolk County (Gowan, J.), dated November 26, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gowan at the Supreme Court.

The defendants improperly request an order of preclusion for the first time in this Court. That application has not been considered. Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.